| | |
|---|---|
| Richard W. Osman, State Bar No. 167993<br>Sheila D. Crawford, State Bar No. 278292<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>The Waterfront Building<br>2749 Hyde Street<br>San Francisco, California 94109<br>Telephone: (415) 353-0999<br>Facsimile:  (415) 353-0990<br>Email: rosman@bfesf.com<br>         scrawford@bfesf.com<br><br>Attorneys for Defendants<br>CITY OF VACAVILLE and ROBERT MYERS | Justin K. Tabayoyon, State Bar No. 288957<br>LAW OFFICES OF JUSTIN KIRK TABAYOYON<br>1000 North Texas Street, Suite A<br>Fairfield, CA 94533<br>Telephone: (707) 726-6009<br>Facsimile: (925) 826-3504<br>Email: justin@tabayoyonlaw.com<br><br>Attorney for Plaintiff<br>JASON ANTHONY ANDERSON |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ANTHONY ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE and ROBERT MYERS in his individual capacity and in his official capacity as a Police Officer for CITY OF VACAVILLE,<br><br>    Defendants. | Case No. 2:18-cv-02386-JAM-KJN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br><br>**Hon. John A. Mendez** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff JASON ANTHONY ANDERSON and defendants CITY OF VACAVILLE and ROBERT MYERS by and through their attorneys of record, hereby stipulate as follows:

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel, that pursuant to the settlement between the parties in this matter, the above-captioned action be

1

STIPULATION OF DISMISSAL WITH PREJUDICE

dismissed with prejudice in its entirety as to all defendants, each side to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: January 25, 2019                                         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Richard W. Osman*
    Richard W. Osman
    Sheila D. Crawford
    Attorneys for Defendants
    CITY OF VACAVILLE and ROBERT MYERS

                                                                LAW OFFICES OF JUSTIN KIRK TABAYOYON

Dated:  January 25, 2019

By:  */s/ Justin K. Tabayoyon*
     Justin K. Tabayoyon
     Attorney for Plaintiff
     JASON ANTHONY ANDERSON

## **ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by all counsel to show their signature on this document as /s/.

Dated:  January 25, 2019                             By: */s/ Richard W. Osman*
                                                          Richard W. Osman

# **ORDER**

Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice in its entirety as to all defendants, each side to bear his own fees and costs.

Dated: January 25, 2019    /s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

PROOF OF SERVICE